FILED

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

CLERK U.S. DISTRICT for the
CENTRAL DIST. OF CALIF.
SANTA ANA
BY ___td___

SA13-227M

United States of America
v.

Mark Morgan

*Defendant*

Case No. 13-cr-00201-01/05-W-BP

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Mark Morgan,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Count One - in violation of 18 U.S.C. §§ 1343 and 1349; and
Counts Two through Eleven - in violation of 18 U.S.C. §§ 1343 and 2.

Date: 05/22/2013

*Issuing officer's signature*

City and state: Kansas City, MO

John T. Maughmer, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 5/22/13, and the person was arrested on *(date)* 5/23/13
at *(city and state)* Newport Coast, CA.

Date: 5/23/13

*Arresting officer's signature*

CHRIS KLINGHOFFER SPECIAL AGENT
*Printed name and title*